**James A. KOKKINIS, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 04–3376.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2004.

Cristina C. Ashworth, Principal Attorney, James M. Kinsella, Michael F. Bahler, David M. Cohen, of Counsel, Washington, DC, for Respondent.

James A. Kokkinis, The Woodlands, TX, pro se.

ORDER

Order Vacated, See 110 Fed.Appx. 892, 2004 WL 2287760.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.